# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldor, Cathy L. | US District Court, New Jersey | 06/19/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Rex Vinegar Company - self employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  (H) Brokerage Account #1 (44) | | | | | | | | | |
| 2.  Clearbridge Tactical Dividend Income Fund Cl C | C | Dividend | L | T | | | | | |
| 3.  Gugenheim Small Cap Value Fund Cl C | D | Dividend | K | T | | | | | |
| 4.  Mainstay Epoch Global Equity Yield Cl C | B | Dividend | L | T | Distributed (part) | 12/11/14 | J | | |
| 5.  Principal Investors Preferred Securities Fund Cl C | B | Dividend | L | T | Distributed (part) | 12/18/14 | J | | |
| 6.  RS Floating Rate Fund Cl C | B | Dividend | K | T | | | | | |
| 7.  Franklin Templeton Income Fund Cl C | C | Dividend | L | T | | | | | |
| 8.  Thornburg Income Builder Cl C | C | Dividend | M | T | | | | | |
| 9.  Goldman Sachs Income Builder Fund Cl C | C | Dividend | M | T | Buy (add'l) | 01/15/14 | J | | |
| 10. | | | | | Buy (add'l) | 04/24/14 | K | | |
| 11. | | | | | Buy (add'l) | 05/15/14 | K | | |
| 12. Market Vectors High Yield Muni ETF | B | Dividend | K | T | Distributed (part) | 01/03/14 | J | | |
| 13. AIG Sun America Polaris Choice IV - Annuity (X) | | None | M | T | Buy (add'l) | 01/21/14 | K | | |
| 14. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 15. MetLife Investors USA Inc. Co. Series L - Annuity | | None | M | T | | | | | |
| 16. American Funds Income Fund of America C | B | Dividend | L | T | Buy | 05/14/14 | K | | |
| 17. Eaton Vance R Bernstein All Asset Strategy Fund C | | None | L | T | Buy | 04/24/14 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 12/24/14 | J | | |
| 19. Integrity Williston BSN/MD-N Ameri Stock Fund C | | None | K | T | Buy | 05/15/14 | K | | |
| 20. | | | | | Buy (add'l) | 07/08/14 | K | | |
| 21. Janus Balanced Fund C | B | Dividend | M | T | Buy | 04/24/14 | K | | |
| 22. | | | | | Buy (add'l) | 05/15/14 | K | | |
| 23. | | | | | Buy (add'l) | 07/08/14 | K | | |
| 24. | | | | | Distributed (part) | 12/18/14 | J | | |
| 25. JP Morgan Income Builder Class C (X) | A | Dividend | K | T | | | | | |
| 26. | | | | | Distributed (part) | 12/15/14 | J | | |
| 27. Mainstay High Yield Muni Bond Fund Cl C | B | Dividend | L | T | Buy | 04/24/14 | L | | |
| 28. Principal Small Cap Dividend Income Fund C | A | Dividend | K | T | Buy | 04/24/14 | K | | |
| 29. | | | | | Distributed (part) | 12/18/14 | J | | |
| 30. SunAmerica Focused Dividend Strategy Fund C | A | Dividend | K | T | Buy | 05/15/14 | K | | |
| 31. | | | | | Distributed (part) | 12/17/14 | J | | |
| 32. Unts FT US EQ C/E Port Ser 12 | A | Dividend | K | T | Buy | 05/15/14 | K | | |
| 33. | | | | | | | | | |
| 34. (H) Brokerage Account #2 (45) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Nuveen Barclays Short Term Bond ETF | A | Dividend | K | T | | | | | |
| 36. iShares Trust Russell 2000 Index ETF | A | Dividend | J | T | Sold (part) | 08/01/14 | J | C | |
| 37. iShares Trust Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 38. iShares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 39. Vanguard FTSE Emerging Market ETF | | None | | | Sold | 03/05/14 | J | | |
| 40. Vanguard Index Funds Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 41. Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 42. Vanguard Index Fund S & P 500 ETF | B | Dividend | L | T | | | | | |
| 43. Vanguard High Divid Yield ETF | | None | | | Sold | 01/08/14 | K | D | |
| 44. Vanguard Divid Appreciation ETF | A | Dividend | K | T | | | | | |
| 45. Vanguard Mega Cap ETF | A | Dividend | K | T | | | | | |
| 46. Market Vectors Short Municipal Index ETF | A | Dividend | J | T | | | | | |
| 47. Market Vectors High Yield Muni ETF | A | Dividend | K | T | Distributed (part) | 01/03/14 | J | | |
| 48. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 49. First Trust Dorsey Wright FO ETF | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 50. Janus Triton Fund A | | None | | | Buy | 03/06/14 | K | | |
| 51. | | | | | Sold | 10/21/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LINN Energy LLC | A | Dividend | | | Buy | 01/01/14 | K | | |
| 53. | | | | | Sold | 03/05/14 | K | | |
| 54. Principal Small Mid Cap Div P | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 55. | | | | | Distributed (part) | 12/18/14 | J | | |
| 56. | | | | | | | | | |
| 57. (H) Brokerage Account #3 (41) | | | | | | | | | |
| 58. Vanguard Index Funds Vanguard Growth ETF | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |
| 59. Vanguard FTSE Emerging Markets ETF | | None | | | Sold | 03/05/14 | J | | |
| 60. Vanguard High Divid Yield ETF SHS | | None | | | Sold | 01/08/14 | L | E | |
| 61. Vanguard Index FDS S&P 500 ETF SHS | B | Dividend | L | T | Distributed (part) | 07/31/14 | L | | |
| 62. Vanguard Total Stock Mkt ETF | B | Dividend | L | T | Distributed (part) | 07/31/14 | K | | |
| 63. Vanguard Mega Cap ETF DE | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |
| 64. Vanguard Divid Appreciation ETF | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |
| 65. SPDR Nuveen Barclays Short Term BD ETF | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |
| 66. iShares Tips Bond ETF DE | A | Dividend | J | T | Distributed (part) | 07/31/14 | J | | |
| 67. iShares Trust Core S&P Mid Cap ETF | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |
| 68. iShares Trust Russell 2000 Index Fund | A | Dividend | K | T | Distributed (part) | 07/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Market Vectors High Yield Muni ETF | B | Dividend | K | T | Distributed (part) | 01/03/14 | J | | |
| 70. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 71. | | | | | Distributed (part) | 07/31/14 | J | | |
| 72. Market Vectors Trust Short Municipal Index ETF | A | Dividend | J | T | Distributed (part) | 07/31/14 | J | | |
| 73. Janus Triton Fund SHS | A | Dividend | K | T | Buy | 03/06/14 | L | | |
| 74. | | | | | Distributed (part) | 07/31/14 | K | | |
| 75. | | | | | Distributed (part) | 12/18/14 | J | | |
| 76. LINN Energy LLC | A | Dividend | | | Buy | 01/08/14 | L | | |
| 77. | | | | | Sold | 03/05/14 | L | | |
| 78. | | | | | | | | | |
| 79. (H) Brokerage Account #4 (40) | | | | | | | | | |
| 80. JPMorgan Income Builder Class C | B | Dividend | | | Merged (with line 188) | 05/12/14 | M | | |
| 81. Principal Global Diversified Income Fund | C | Dividend | L | T | Distributed (part) | 12/18/14 | J | | |
| 82. Clearbridge Tactical Dividend Income | B | Dividend | K | T | | | | | |
| 83. Thornburg Income Builder Class C | B | Dividend | | | Merged (with line 192) | 05/12/14 | L | | |
| 84. Principal-Smallcap Dividend Income Funds | A | Dividend | L | T | Distributed (part) | 12/18/14 | J | | |
| 85. Cohen & Steers Preferred Sec & Inc Fund C | C | Dividend | L | T | Distributed (part) | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nuveen NJ Div Adv 2 Muni Fund Term Preferred Due 11/01/15 | A | Dividend | | | Merged (with line 193) | 05/12/14 | L | | |
| 87. Franklin Income Fund C | C | Dividend | M | T | | | | | |
| 88. | | | | | | | | | |
| 89. (H) Brokerage Account #5 (51) | | | | | | | | | |
| 90. Principal MidCap Fund Class C | | None | M | T | Distributed (part) | 12/18/14 | J | | |
| 91. Blackrock Basic Value Fund C | A | Dividend | K | T | Distributed (part) | 12/15/14 | J | | |
| 92. Blackrock Global Allocation Fund Inc C | A | Dividend | L | T | Distributed (part) | 12/18/14 | J | | |
| 93. Franklin Templeton Mutual Global Discover Fund Cl C | B | Dividend | M | T | Distributed (part) | 09/09/14 | J | | |
| 94. | | | | | Distributed (part) | 12/23/14 | J | | |
| 95. Franklin Templeton Income C | A | Dividend | K | T | | | | | |
| 96. American Funds American Balanced Fund Cl C | A | Dividend | K | T | Distributed (part) | 03/17/14 | J | | |
| 97. | | | | | Distributed (part) | 12/24/14 | J | | |
| 98. First Eagle Global Fund Cl C | | None | L | T | Distributed (part) | 12/17/14 | J | | |
| 99. Ivy Asset Strategy fund Cl C | A | Dividend | L | T | Distributed (part) | 12/12/14 | J | | |
| 100. JP Morgan Income Builder | C | Dividend | L | T | Distributed (part) | 07/28/14 | K | | |
| 101. | | | | | Distributed (part) | 12/15/14 | J | | |
| 102. Thornburg Income Builder Cl C | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Goldman Sachs Income Builder Funds C | A | Dividend | K | T | Buy | 05/30/14 | K | | |
| 104. | | | | | | | | | |
| 105. (H) Brokerage Account #6 (52) | | | | | | | | | |
| 106. Vanguard FTSE Europe ETF | A | Dividend | | | Sold | 08/26/14 | J | A | |
| 107. Vanguard Bond Index Fund Inc. Total Bond Mkt ETF | A | Dividend | K | T | Distributed (part) | 04/07/14 | J | | |
| 108. | | | | | Buy | 04/09/14 | J | | |
| 109. | | | | | Buy | 09/29/14 | J | | |
| 110. | | | | | Distributed (part) | 12/30/14 | J | | |
| 111. iShares Trust Core S & P Small Cap ETF | A | Dividend | | | Sold | 04/09/14 | J | B | |
| 112. iShares Russell MidCap ETF (X) | A | Dividend | J | T | | | | | |
| 113. iShares Russell MidCap Growth ETF | | None | | | Sold | 02/20/14 | J | B | |
| 114. iShares 1-3 Credit Bond ETF | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 115. SPDR S&P 500 ETF TR | A | Dividend | K | T | | | | | |
| 116. Riverpark/Wedgewood Retail Funds | A | Dividend | K | T | Distributed (part) | 12/16/14 | J | | |
| 117. | | | | | Sold (part) | 12/22/14 | J | A | |
| 118. Oppenheimer Senior Floating Rate Fund Class Y (X) | A | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 119. | | | | | Sold (part) | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. FMI Large Cap Fund | A | Dividend | K | T | Distributed (part) | 12/22/14 | J | | |
| 121. Mainstay ICAP International Fund A | A | Dividend | K | T | Sold (part) | 08/26/14 | J | A | |
| 122. | | | | | Sold (part) | 08/27/14 | J | A | |
| 123. John Hancock Disciplined Value Mid Cap Fund Cl A | A | Dividend | J | T | Sold (part) | 02/20/14 | J | A | |
| 124. | | | | | Distributed (part) | 12/17/14 | J | | |
| 125. Manning & Napier World Opportunities | A | Dividend | J | T | Sold (part) | 08/26/14 | J | B | |
| 126. | | | | | Sold (part) | 08/27/14 | J | A | |
| 127. | | | | | Distributed (part) | 09/16/14 | J | | |
| 128. | | | | | Distributed (part) | 12/16/14 | J | | |
| 129. Franklin Templeton Global Bond Fund Fl A | A | Dividend | | | Distributed (part) | 12/17/14 | J | | |
| 130. | | | | | Sold | 12/22/14 | J | | |
| 131. JP Morgan Core Bond Fund | A | Dividend | J | T | Distributed (part) | 12/15/14 | J | | |
| 132. Virtus Multi-Sector Short Term Bond Fund CL A | A | Dividend | J | T | | | | | |
| 133. Baird MidCap Fund Institutional Class | | None | J | T | Buy | 02/20/14 | J | | |
| 134. | | | | | Distributed (part) | 12/29/14 | J | | |
| 135. Chartwell Small Cap Value I Share | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 136. | | | | | Distributed (part) | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Gabelli Small Cap Growth Fund Class I | | None | J | T | Buy | 04/09/14 | J | | |
| 138. | | | | | Distributed (part) | 11/26/14 | J | | |
| 139. iShares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Buy | 12/30/14 | J | | |
| 140. iShares Core MSCI Emerging Markets ETF | A | Dividend | | | Buy | 08/26/14 | J | | |
| 141. | | | | | Sold | 12/22/14 | J | | |
| 142. SPDR S&P Emerging Asia Pac ETF | | None | J | T | Buy | 08/26/14 | J | | |
| 143. | | | | | Buy | 08/27/14 | J | | |
| 144. SPDR Barclays International Treasury ETF | A | Dividend | | | Buy | 04/09/14 | J | | |
| 145. | | | | | Sold (part) | 09/23/14 | J | | |
| 146. | | | | | Sold | 11/06/14 | J | | |
| 147. Vanguard Charlotte Funds Total International Bond Index Fund EFT | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 148. | | | | | Buy | 11/06/14 | J | | |
| 149. Vanguard Total Stock Market ETF | | None | J | T | Buy | 12/22/14 | J | | |
| 150. | | | | | | | | | |
| 151. (H) IRA #1 (42) | | | | | | | | | |
| 152. First Eagle Global Fund Class C | | None | L | T | Distributed (part) | 12/17/14 | J | | |
| 153. Blackrock Equity Dividend Fund C | A | Dividend | K | T | Distributed (part) | 12/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Blackrock Global Allocation Fund C | A | Dividend | K | T | Distributed (part) | 12/18/14 | J | | |
| 155. Franklin Templeton Mutual Global Discovery Fund Cl C | A | Dividend | J | T | Distributed (part) | 09/09/14 | J | | |
| 156. | | | | | Distributed (part) | 12/23/14 | J | | |
| 157. Franklin Templeton Income C | B | Dividend | K | T | | | | | |
| 158. American funds American Balanced Fund Cl C | A | Dividend | L | T | Distributed (part) | 03/17/14 | J | | |
| 159. | | | | | Distributed (part) | 12/24/14 | J | | |
| 160. | | | | | | | | | |
| 161. (H) IRA #2 (43) | | | | | | | | | |
| 162. American Funds American Balanced Fund Cl C | A | Dividend | J | T | Distributed (part) | 03/17/14 | J | | |
| 163. | | | | | Distributed (part) | 12/24/14 | J | | |
| 164. Blackrock Global Allocation Fund Cl C | A | Dividend | K | T | Distributed (part) | 12/18/14 | J | | |
| 165. | | | | | Distributed (part) | 12/19/14 | J | | |
| 166. | | | | | | | | | |
| 167. AXA Equitable Flexible Premium Variable Life Insurance #1 | | None | K | T | | | | | |
| 168. | | | | | | | | | |
| 169. AXA Equitable Flexible Premium Variable Life Insurance #2 | | None | M | T | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. (H) (X) Brokerage Account #7 (29) | | | | | | | | | |
| 172. Vanguard Index Funds Vanguard Growth ETF (X) | A | Dividend | K | T | | | | | |
| 173. Vanguard Index FDS S&P 500 ETF SHS (X) | A | Dividend | L | T | | | | | |
| 174. Vanguard Total Stock Mkt ETF (X) | A | Dividend | L | T | | | | | |
| 175. Vanguard Mega Cap ETF DE (X) | A | Dividend | K | T | | | | | |
| 176. Vanguard Divid Appreciation ETF (X) | A | Dividend | K | T | | | | | |
| 177. SPDR Nuveen Barclays Short Term BD ETF (X) | A | Dividend | K | T | | | | | |
| 178. iShares Tips Bond ETF DE (X) | A | Dividend | J | T | | | | | |
| 179. iShares Trust Core S&P Mid Cap ETF (X) | A | Dividend | K | T | | | | | |
| 180. iShares Trust Russell 2000 Index Fund (X) | A | Dividend | K | T | | | | | |
| 181. Market Vectors High Yield Muni ETF (X) | A | Dividend | K | T | | | | | |
| 182. Market Vectors Trust Short Municipal Index ETF (X) | A | Dividend | J | T | | | | | |
| 183. Janus Triton Fund SHS (X) | | None | | | Sold | 10/21/14 | K | | |
| 184. Principal Small Mid Cap Div | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 185. | | | | | Distributed (part) | 12/18/14 | J | | |
| 186. | | | | | | | | | |
| 187. (H) (X) Brokerage Account #8 (46) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. JP Morgan Income Builder Class C (X) | C | Dividend | L | T | Sold (part) | 10/15/14 | J | | |
| 189. | | | | | Distributed (part) | 12/15/14 | J | | |
| 190. | | | | | | | | | |
| 191. (H) (X) Brokerage Account #9 (71) | | | | | | | | | |
| 192. Thornburg Income Builder Class C (X) | B | Dividend | L | T | | | | | |
| 193. Nuveen NJ Div Adv 2 Muni Fund Term Preferred Due 11/01/15 (X) | B | Dividend | | | Sold | 11/12/14 | L | | |
| 194. Nuveen NJ Div Advantage 2% Cl C | A | Dividend | M | T | Buy | 11/12/14 | L | | |
| 195. | | | | | | | | | |
| 196. Santander Bank Accounts (X) | A | Int./Div. | L | T | | | | | |
| 197. | | | | | | | | | |
| 198. Real Estate - Rental Property - Verona, Essex County, NJ (X) | C | Rent | N | W | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 13 - This same asset was reported on Line 15 of the 2013 disclosure as the Sun America Polaris Choice IV Annuity. It is now called the AIG Sun America Polaris Choice IV Annuity.

Line 25 - This asset was an inheritance. The spouse of the reporting person received this inheritance. It was a partial distribution from Brokerage Account #5, Line 100 on 07/28/14.

Line 112 - This asset was reported on Line 95 of the 2013 disclosure as the iShares Trust Russell MidCap Index Fund ETF. The asset reported here is the same although the name is slightly different.

Line 118 - This asset was reported on Line 109 of the 2013 disclosure as the Oppenheimer Senior Floating Rate Fund Class A. On 07/21/14, by non taxable exchange, this asset became the Oppenheimer Senior Floating Rate Fund Class Y. It is otherwise the same investment.

Line 171 - This Brokerage Account #7 was established in 2014.

Lines 172 through 183 - All assets were inherited by the spouse of the reporting person and transferred from Brokerage Account #3. The assets are the partial distributions identified in Brokerage Account #3 as taking place on 07/31/14. The asset names did not change.

Line 187 - This Brokerage Account #8 is an estate account established in 2014. The deceased was a family member of the reporting person's spouse.

Line 188 - This asset was transferred from Brokerage Account #4, Line 80.

Line 191 - This Brokerage Account #9 is an estate account established in 2014. The deceased was a family member of the reporting person's spouse.

Line 192 - This asset was transferred from Brokerage Account #4, Line 83.

Line 193 - This asset was transferred from Brokerage Account #4, Line 86.

Line 196 - This asset was inadvertantly omitted from the 2013 disclosure.

Line 198 - This real property was converted to a rental property in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544